SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, GURI GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>TERESA ISABELL GRATAINNE D/B/A SENOR BAJA; CONSTANTIN VALAVANIS, AS TRUSTEE OF THE CONSTANTIN VALAVANIS REVOCABLE TRUST; DOES 1 to 10,<br><br>           Defendants. | **Case No.: 2:20-cv-08038 FMO (PVCx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Guri Gonzalez ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.

DATED:  December 04, 2020          **SO. CAL EQUAL ACCESS GROUP**


                                                           */s/ Jason J. Kim*
                                                          JASON J. KIM
                                                          Attorney for Plaintiff